UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| MARK P. RILEY,<br><br>      Plaintiff,<br><br>vs.<br><br>CARMINE MARCENO, individually and in his official capacity as Sheriff of Lee County, Florida; CHARLES CUSTODIO, individually; NIKO THOMAS IRIZARRY, individually; SCOTT JOSEPH SNIDER, II, individually, and LEE COUNTY, FLORIDA,<br><br>      Defendants. | CASE NO.<br>2:23-cv-00981-JLB-KCD |

## MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AS TO DEFENDANT SCOTT JOSEPH SNIDER, II

Plaintiff, MARK P. RILEY, by and through his undersigned counsel and pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rule 1.10 of the Local Rules of the Middle District of Florida, moves for entry of a Default Final Judgment as to Defendant Scott Joseph Snider, II, and in support states:

1. On November 1, 2023, Plaintiff filed his Complaint [D.E. 1] in this action against Defendant, Scott Joseph Snider, II ("Snider") seeking damages, including unliquidated damages.

2. On November 3, 2023, Plaintiff effectuated service upon Snider by serving a true copy of the Summons and Complaint and Exhibits upon Snider. Plaintiff filed a Return of Service with this Court on November 16, 2023 [D.E. 6].

3. Snider was required to file and serve a response to the Complaint no later than November 27, 2023.

4. Snider failed to file any responsive pleading or motion to the Complaint.

5. Snider did not request or seek an extension of time to respond to the Complaint.

6. On December 26, 2023, Plaintiff filed a Motion for Default as to Snider [D.E. 19], and the Clerk of Court entered the Default against Snider on December 27, 2023 [D.E. 21].

7. Federal Rule of Civil Procedure 55(b)(2)(B) provides that a party "must apply to the court for a default judgment [and the] court may conduct hearings or make referrals – preserving any federal statutory right to a jury trial – when, to enter or effectuate judgment, it needs to [] determine the amount of damages."

8. Rule 1.10 of the Local Rules of the Middle District of Florida further provides that "the party entitled to a default judgment must apply for the default

judgment or must file a paper identifying each unresolved issue — such as the liability of another defendant — necessary to entry of the default judgment."

9. Pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, and Rule 1.10 of the Local Rules of the Middle District of Florida, this Court is empowered to enter a default judgment against Snider as to liability, with the amount of damages to be determined by a jury.

WHEREFORE, Plaintiff, Mark P. Riley, respectfully requests this Court to enter a Default Final Judgment against Defendant, Scott Joseph Snider, II, as to liability, reserving jurisdiction as to the jury's determination of damages.

| | |
|---|---|
| COLEMAN, TAYLOR, KLAUS, DOUPE, DIAZ & TORREZ, P.A. | CHEFFY PASSIDOMO, P.A. |
| 4099 Tamiami Trail North, Suite 201<br>Naples, Florida 34103<br>Telephone: (239) 298-5200<br>Facsimile: (239) 298-5236 | 821 Fifth Avenue South<br>Naples, Florida 34102<br>Telephone: (239) 261-9300<br>Facsimile: (239) 261-9782 |
| J. Michael Coleman<br>J. Michael Coleman, Esq.<br>LEAD COUNSEL<br>Florida Bar No. 606618<br>Amanda Globetti, Esq.<br>Florida Bar No. 126834<br>mcoleman@chtlegal.com<br>aglobetti@chtlegal.com | Louis D. D'Agostino<br>Louis D. D'Agostino, Esq.<br>Florida Bar No. 0776890<br>Rachael S. Loukonen, Esq.<br>Florida Bar No. 668435<br>lddagostino@napleslaw.com<br>rloukonen@napleslaw.com |

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 29th day of January, 2024 the foregoing was served on the following *pro se* parties via regular U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF portal which will send a notice of electronic filing to all counsel of record.

Scott Joseph Snider, II
DC No. Y54661
Moore Haven Correctional Facility
P.O. Box 719001
Moore Haven, Florida 33471

Charles Custodio
ID#: 346974
Lee County Jail Center
2115 Martin Luther King Boulevard
Fort Myers, Florida 33901

Niko Thomas Irizarry
3500 Acapulco Circle
Cape Coral, Florida 33909-5439

COLEMAN, TAYLOR, KLAUS, DOUPÉ,
DIAZ & TORREZ, P.A.

By: /s/J. Michael Coleman
    Florida Bar No. 606618

4